## CIVIL CATEGORY SHEET

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) ___ FILED
   Tarr v. Town of Rockport                                IN CLERKS OFFICE

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED
   NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL 1: 52
   RULE 40.1(A)(1)).                                        2004 SEP 29 AM

   ___ I.   160, 410, 470, R.23, REGARDLESS
            OF NATURE OF SUIT.                              U.S. DISTRICT COURT
                                                            DISTRICT OF MASS.
   _X_ II.  195, 368, 400, 440, 441-444, 540, 550,    *Also complete AO 120 or AO 121 for
            555, 625, 710, 720, 730, 740, 790, 791,   patent, trademark or copyright cases
            820*, 830*, 840*, 850, 890, 892-894,
            895, 950.

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230,
            240, 245, 290, 310, 315, 320, 330, 340,
            345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610,
            620, 630, 640, 650, 660, 690, 810,
            861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE
   40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN
   THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST
   FILED CASE IN THIS COURT.
   Tarr v. Town of Rockport, et al., Essex Superior Court, C.A. No. ESCV2004-01660A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE
   SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                        YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY
   OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC
   § 2403)
                                                        YES ☐   NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S.A.
   PARTY?
                                                        YES ☐   NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT
   COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC § 2284?
                                                        YES ☐   NO ☒

7. DO ALL OF ALL THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMEN-
   TAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF
   MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHU-
   SETTS RESIDE IN THE SAME DIVISION?—(SEE LOCAL RULE 40.1(D)).
                                                        YES ☒   NO ☐

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GPVERNMENTAL
      PARTIES RESIDE?
      EASTERN DIVISION☒   CENTRAL DIVISION☐   WESTERN DIVISION☐
   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR
      THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESID-
      ING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION☐   CENTRAL DIVISION☐   WESTERN DIVISION☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Daren R. Klein, Esq. and Katharine Goree Doyle, Esq.
ADDRESS Kopelman and Paige, P.C. 31 St. James Avenue, Boston, MA 02116
TELEPHONE NO. _617-556-0007_
(Categfrm.rev - 11/00)

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS

Frederick H. Tarr, III

*(stamp: FILED IN CLERKS OFFICE 2004 SEP 29 P 1:?? U.S. DISTRICT COURT DISTRICT OF MASS)*

## DEFENDANTS

The Town of Rockport, Michael Racicot, Nicola R. Barletta, Charles Clark, Roxanne Tieri, Joanne Wile

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Essex__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Essex__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
          TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

John L. Hamilton, Esq.    (978) 626-1029
10 Lee Park
South Hamilton, MA  01982

ATTORNEYS (IF KNOWN)

Daren R. Klein, Esq. (BBO#567354)
Katharine Goree Doyle, Esq. (BBO#634131)
Kopelman and Paige, P.C., 31 St. James Avenue
Boston, MA 02116 (617) 556-0007

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
|  | **PERSONAL INJURY**<br>☐ 362 Personal Injury — Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☒ 444 Welfare<br>☒ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence HABEAS CORPUS:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS — Third Party 26 USC 7609 |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

The plaintiff alleges that the defendants violated his right to due process, presumably under the Fourteenth Amendment to the U.S. Constitution, and asserts that the defendants violated his right to free speech under the First Amendment to the U.S. Constitution.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE Essex Superior Court     DOCKET NUMBER ESCV2004-01660A

DATE 9/29/04

SIGNATURE OF ATTORNEY OF RECORD *(signature: Katharine Doyle)*

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____