UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.

FREDERICK H. TARR, III,

　　　Plaintiff

v.

TOWN OF ROCKPORT, MICHAEL
RACICOT, NICOLA BARLETTA,
CHARLES CLARK, ROXANNE TIERI and
JOANNE WILE,

　　　Defendant

NOTICE OF APPEARANCE

　　　Please enter our appearance as attorneys for the defendants in the above-captioned matter.

DEFENDANTS,

By their attorneys,

Darren R. Klein (BBO# 567354)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

230960/Rkpt/0001

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 9/29/04