UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.04-12091-NMG

FREDERICK H. TARR, III,

    Plaintiff

v.

TOWN OF ROCKPORT, MICHAEL RACICOT, NICOLA BARLETTA, CHARLES CLARK, ROXANNE TIERI and JOANNE WILE,

    Defendant

LOCAL RULE 7.1
CERTIFICATE OF CONFERRAL

Now comes the undersigned defense counsel, and hereby certifies she conferred with the plaintiff's counsel of record by email on February 14, 2005, in a good faith effort to resolve or narrow the issues set forth in the Motion To Continue Scheduling Conference and plaintiff's counsel assented to the motion.

DEFENDANTS,

By their attorneys,

/s Katharine Doyle
Darren R. Klein (BBO# 567354)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

243648/Rkpt/0075