UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * <br> FREDERICK H. TARR, III, * <br>        Plaintiff * <br> * <br> VS. * <br> * <br> TOWN OF ROCKPORT, MICHAEL * <br> RACICOT, NICOLA BARLETTA, * <br> CHARLES CLARK, ROXANNE TIERI * <br> and JOANNE WILE, * <br>        Defendants * <br> * * * * * * * * * * * | Civil Action NO. 04-12091-NMG |

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendants in the above-captioned civil action.

*/s/ Gerald F. Blair*
Gerald F. Blair
The Law Offices of Gerald F. Blair
One Foxhill Drive, Suite 110
Walpole, MA 02081-4406
Tel (508) 660-9599 Fax (508) 660-9555
B.B.O. #044760

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 4/14/05