UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04-12091-NMG

FREDERICK H. TARR, III,

　　Plaintiff

v.

TOWN OF ROCKPORT, MICHAEL RACICOT, NICOLA BARLETTA, CHARLES CLARK, ROXANNE TIERI and JOANNE WILE,

　　Defendant

## DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER F.R.C.P. RULE 12(c)

Now comes the defendants, Town of Rockport, Michael Racicot, Nicola Barletta, Charles Clark, Roxanne Tieri and Joanne Wile and move this Honorable Court to enter Partial Judgment on the Pleadings pursuant to Federal Rules of Civil Procedure Rule 12(c) dismissing Counts I, III, IV and V of the plaintiff's Complaint against the defendants, Town of Rockport, Michael Racicot, Nicola Barletta, Charles Clark, Roxanne Tieri and Joanne Wile in this action.

The defendants attach hereto their Memorandum of Law in support of this Motion.

THE DEFENDANTS,
By their attorney,

*/s/ Gerald F. Blair*
Gerald F. Blair
The Law Offices of Gerald F. Blair
One Foxhill Drive, Suite 110
Walpole, MA 02081-4406
Tel (508) 660-9599  Fax (508) 660-9555
B.B.O. #044760

## CERTIFICATE OF SERVICE

I hereby certify that the Defendants' Motion for Partial Judgment on the Pleadings under F.R.C.P. Rule 12(c) and Defendants' Memorandum of Law in Support of Motion for Partial Judgment on the Pleadings under F.R.C.P. Rule 12(c) were served upon John L. Hamilton, Esquire, 10 Lee Park, South Hamilton, MA 01982, attorney for the plaintiff/opposing party by mailing a copy of same, postage prepaid and via first class mail.

Date: May 16, 2005

Gerald F. Blair