UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04-12091-NMG

FREDERICK H. TARR, III,

   Plaintiff

   v.

TOWN OF ROCKPORT, MICHAEL
RACICOT, NICOLA BARLETTA,
CHARLES CLARK, ROXANNE TIERI
and JOANNE WILE,

   Defendants

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL JUDGEMENT OF THE PLEADINGS**

Now comes the plaintiff, Frederick H. Tarr, III and moves this Honorable Court to extend the time for filing of his opposition to the defendants' Motion for Partial Judgment on the Pleadings until June 30, 2005.

The attorney for the defendants, Gerald F. Blair, Esquire, has assented to this motion in a telephone conversation with the attorney for the plaintiff on May 31, 2005.

Dated at Hamilton, Massachusetts this 1st day of June, 2005.

THE PLAINTIFF
By his attorney

John L. Hamilton
10 Lee Park
South Hamilton, Massachusetts 01982
Tel (978) 626 1029  Fax (978) 359 3050
B.B.O. 218820

## CERTIFICATE OF SERVICE

I hereby certify that the Plaintiff's Motion for Extension of Time in which to File Opposition to Defendants' Motion for Partial Judgment on the Pleadings was served upon the attorney for the Defendants, Gerald F. Blair, Esquire, by mailing a copy of the same to him, first class postage prepaid, addressed to him at his office as follows:

Gerald F. Blair, Esquire
One Foxhill Drive, Suite 110
Walpole, MA 02081-4406

Dated at Hamilton, Massachusetts this 1st day of June, 2005.

John L. Hamilton
10 Lee Park
South Hamilton, Massachusetts 01982
Tel (978) 626 1029  Fax (978) 359 3050
B.B.O. 218820