UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Docket Number 04-12091-NMG

FREDERICK H. TARR, III

    Plaintiff

v.

TOWN OF ROCKPORT, MICHAEL
RACICOT, NICOLA BARLETTA,
CHARLES CLARK, ROXANNE TIERI
And JOANNE WILE,

    Defendants

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL JUDGEMENT ON THE PLEADINGS

The Plaintiff opposes the Motion of the Defendants for Partial Judgment on the Pleadings. The Plaintiff attaches hereto his memorandum in support of this opposition.

DATED at Salem, Massachusetts this 30th day of June, 2005

                                                Philip D. Moran, Esq.
                                              265 Essex Street
                                              Suite 202
                                              Salem, MA 01970
                                              (978) 745-6085
                                              B.B.O.#: 353920

## CERTIFICATE OF SERVICE

I, Philip D. Moran, Esquire, attorney for the plaintiff in the above styled matter, hereby certify that I have served a copy of the above opposition to defendants' motion for partial judgment on the pleadings upon the attorney for the defendants, Gerald F. Blair, Esquire, by depositing a copy of the same in the United States Postal Service, first class postage prepaid, and addressed to him at his office as follows:

> Gerald F. Blair, Esquire
> The Law Offices of Gerald F. Blair
> One Fox Hill Drive, Suite 110
> Walpole, Massachusetts 02081-4406

DATED at Salem, Massachusetts this 30th day of June 2005.

_____
Philip D. Moran, Esquire