UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Docket Number 04-12091-NMG

FREDERICK H. TARR, III

    Plaintiff

v.

TOWN OF ROCKPORT, MICHAEL
RACICOT, NICOLA BARLETTA,
CHARLES CLARK, ROXANNE TERI
And JOANNE WILE,

    Defendants

### APPEARANCE OF PHILIP D. MORAN, ESQ.

To the Clerk of the above-captioned Court:

    Please enter my appearance as Attorney for the Plaintiff Frederick H. Tarr, III in the above-captioned matter.

DATED AT Salem, Massachusetts this 30th of June, 2005

                          Respectfully submitted,

                          PHILIP D. MORAN, ESQ.
                          265 Essex Street
                          Suite 202
                          Salem, MA 01970
                          (978) 745-6085
                          B.B.O.#: 353920

## CERTIFICATE OF SERVICE

I, Philip D. Moran, Esquire, attorney for the plaintiff in the above styled matter, hereby certify that I have served a copy of the Appearance of Philip D. Moran, Esq. upon the attorney for the defendants, Gerald F. Blair, Esquire, by depositing a copy of the same in the United States Postal Service, first class postage prepaid, and addressed to him at his office as follows:

>   Gerald F. Blair, Esquire
>   The Law Offices of Gerald F. Blair
>   One Fox Hill Drive, Suite 110
>   Walpole, Massachusetts 02081-4406

DATED at Salem, Massachusetts this 30th day of June 2005.

Philip D. Moran, Esquire