**The Law Offices
of**

# GERALD F. BLAIR

One Foxhill Drive, Suite 110
Walpole, Massachusetts 02081-4406
Tel (508) 660-9599    Fax (508) 660-9555

July 20, 2005

The Honorable Nathaniel M. Gorton
U.S. District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

ATTENTION Courtroom Clerk Craig Nicewicz

RE: Frederick H. Tarr, III vs. Town of Rockport, Et Als
Civil Action No. 04-12091-NMG

Dear Mr. Nicewicz:

    This serves to confirm that the Scheduling Conference is now slated for September 21, 2005 at 3:30 p.m. Courtroom #4 before Honorable Nathaniel M. Gorton. Accordingly, I understand that the Scheduling Conference previously scheduled for August 19, 2005 is postponed to September 21, 2005.

    Plaintiff's counsel Philip D. Moran, assents to this change of the Scheduling Conference date. I hereby certify that a copy of this letter has been sent to Attorney Philip Moran and Attorney John L. Hamilton.

Very truly yours,

*Gerald F. Blair*

Gerald F. Blair

GFB/kcj
cc:   Philip D. Moran, Esquire
      Philip D. Moran, P.C.
      265 Essex Street, Suite 202
      Salem, MA 01970

      John L. Hamilton, Esquire
      10 Lee Park
      South Hamilton, MA 01982