UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK H. TARR, III,<br>    Plaintiff<br><br>VS.<br><br>TOWN OF ROCKPORT, MICHAEL<br>RACICOT, NICOLA BARLETTA,<br>CHARLES CLARK, ROXANNE TIERI<br>and JOANNE WILE,<br>    Defendants | Civil Action NO. 04-12091-NMG |

## AFFIDAVIT OF TOWN CLERK FREDERICK C. FRITHSEN, TOWN OF ROCKPORT, MASSACHUSETTS

I, Frederick C. Frithsen, state and aver under oath that the following facts are true to the best of my personal knowledge and belief.

1. My name is Frederick C. Frithsen. I am the Town Clerk of the Town of Rockport, Massachusetts. My office address is Town Office Building, 34 Broadway, Rockport, Massachusetts.

2. At all material times, the Keeper of Records of the Town of Rockport Board of Selectmen is Michael J. Racicot, Town Administrator of the Town of Rockport, Massachusetts.

Signed under the pains and penalties of perjury this __16th__ day of __August__, 2005.

_Frederick C. Frithsen_
Frederick C. Frithsen
Town Clerk

## CERTIFICATE OF SERVICE

I hereby certify that the Affidavit of Town clerk Frederick C. Frithsen, Town of Rockport, Massachusetts was served upon John L. Hamilton, Esquire, 10 Lee Park, South Hamilton, MA 01982 and Philip D. Moran, Esquire, Philip D. Moran, P.C., 265 Essex Street, Suite 202, Salem, MA 01970 attorneys for the plaintiff/opposing party by mailing a copy of same, postage prepaid and via first class mail.

Date: Sept 9, 2005

Gerald F. Blair