EXHIBIT A

RECEIVED MAY 27 2004
BOARD OF SELECTMEN
TOWN OF ROCKPORT

Rockport Board of Selectmen
Attn: Roxanne Tieri, Chairperson
Broadway, Town Hall
Rockport, MA 01966

May 26, 2004

Dear Ms. Tieri,

I am an abutter to the property at 11 Beach Street in Rockport. On Wednesday May 19th I attended the conservation commission hearing to learn more about the plans for the property and because I saw a couple of signs around town. I have to tell you I was horrified at the manner in which this meeting was run. During the first 20-25 minutes, Conservation Commission board members and then members of the public made statements and speeches about what had occurred (the demolition of the house) and what they thought those involved did or did not do properly. Mr. Tarr, a member of the board, even went so far as to suggest bringing back the death penalty and a second member, Mr. Murray, mentioned the electric chair. In my estimation these are outrageous comments made publicly by members of a town board who represent our town and I find this scary. This is not the way a town board should treat people. This is how the Town of Rockport ends up in law suits.

I am writing this letter because I have always believed that people should treat others as they would want to be treated even when there are disagreements. When a town board asks an individual to attend an informal meeting to explain something, doesn't it make sense to allow that person to speak first before board members and the public are allowed to prejudge the situation? The Conservation Commission which is a quasi judicial board should work at gaining the facts of any matter before coming to conclusions and discussion of possible penalties.

I would suggest that the Board of Selectman move quickly to bring in someone to run a seminar on the proper way to run a public hearing.

Sincerely,

Joan Kelley
9 Beach Street
Rockport, Ma. 01966

*Joan Kelley*