LES H. CLARK
THAN T. WEAVER

ROXANNE F. TIERI, CHAIRMAN

**EXHIBIT B**

NICOLA A. BARLETTA

BOARD OF SELECTMEN

**Town of Rockport**

MASSACHUSETTS 01966-1537

WN OFFICE BUILDING
BROADWAY

PHONE (978) 546-6786
FAX (978) 546-2881

MICHAEL J. RACICOT
TOWN ADMINISTRATOR

June 1, 2004

Mr. Frederick H. Tarr III
107 Marmion Way
Rockport, MA  01966

RE: EXECUTIVE SESSION MEETING

Dear Mr. Tarr:

This letter is to advise you that the Board of Selectmen will be holding an executive session meeting on June 8, 2004 at approximately 7:01 PM, under MGL Ch39, sect.23B, for the following reasons: to hear complaints or charges brought against a public officer, employee, staff member or individual.  It has been reported that you, acting in your public capacity as a member of the Conservation Commission, made extremely inappropriate comments to attendees at a public meeting.

Please be advised that you have the right to be present at the executive session during the discussion and considerations.  You have the right to have counsel or a representative of your choice present for the purpose of advising you, but not for active participation, and you have the right to speak on your own behalf.  You may also elect to have this meeting held in open session if you so desire.

If you have any questions or wish to discuss the complaints further please contact me.

Sincerely,

Michael J. Racicot
Town Administrator

Cc:  Board of Selectmen
     Town Counsel
     Alan MacMillan, Chairman, Conservation Commission

DELIVERED IN HAND BY: _Kenneth Juba Constable_  DATE _6/4/04_  TIME _2:44 PM_

RECEIVED IN HAND BY: _Ted Tarr_  DATE _6/4_  TIME _2:44 PM_

at place of Residence - 107 Marmion Way - Rockport, Ma.