**EXHIBIT D**

BOARD OF SELECTMEN
June 8, 2004 – Executive Session

<u>6:44</u> Selectman Barletta moved, Selectman Wile seconded and it was voted on a roll call vote to go into Executive Session with four Selectmen, the Town Administrator, (Alan MacMillian and Frederick H. Tarr III joined Executive Session at 7:07 PM) under MGL Ch39 §23B for reason #2, to consider the discipline or dismissal of, or to hear complaints or charges brought against a public officer, employee, staff member or individual, for reason # 3 to discuss strategy with respect to collective litigation and for reason #6, to consider the purchase, exchange, taking or value of real property and return to Public Session until approximately 7:15 PM or 7:30 PM. Vote 4-0.

**EXHIBIT D**

<u>7:07</u> Frederick H. Tarr III
Chairman Tieri read charges against Mr. Tarr and confirmed that he had received the registered letter that was sent by the Board advising him of the meeting and his rights. Mr. Tarr then requested that the meeting be held in open session.

<u>7:11</u> Selectman Barletta moved, Selectman Wile seconded and it was voted on a roll call vote to go out of Executive Session and back into Public Session and not to return to Executive Session.  Vote 4-0,