▶ **Rockport:** Conservation Commission

# Ted Tarr's remarks may lead to ouster

BY JOSH ODELL
STAFF WRITER

*Ted Tarr said his remarks were meant to be 'facetious' and to ease the tension at the hearing.*

ROCKPORT — Selectmen will consider removing Frederick "Ted" Tarr from the Conservation Commission following charges that Tarr made inappropriate comments.

The charges stem from a May 19 Conservation Commission meeting, during which the commission was discussing how to handle the controversial demolition of a house at 11 Beach St.

Tarr suggested at the meeting that the town bring back the death penalty to deal with Alan Battistelli, the local contractor who was hired to demolish the house.

Tarr came before the selectmen last night to hear the charges, which were brought to the selectmen in a letter by Beach Street resident Joan Kelley, who attended the May 19 meeting.

The selectmen unanimously voted last night to hold a public hearing, most likely at their June 22 meeting, to allow the public to speak on the charges and to discuss probable cause related to Tarr's removal from the commission.

Selectmen Chairwoman Roxanne Tieri said that there will be a "proper procedure" in place at the hearing to assure there is not excessive debate.

Last night's hearing was initially

Please see **TARR**, Page A2

June 9, 2004 The Gloucester Daily Times