▶ **Rockport:** Conservation Commission

# Tarr: Selectmen's actions 'vengeful'

BY JOSH ODELL
STAFF WRITER

ROCKPORT — Conservation Commission member Frederick "Ted" Tarr is challenging the motives of the Board of Selectmen, which could decide to strip him of his post later this month.

The selectmen voted Tuesday to hold a public hearing to consider removing Tarr from the commission based on comments he made at a May 19 meeting.

Tarr suggested at the meeting that the town bring back the "death penalty" to deal with Alan Battistelli, a local contractor and member of the Zoning Board of Appeals who carried out the controversial demolition of a house at 11 Beach St.

Tarr said yesterday that he feels he did nothing wrong. He said the board's decision was vengeful and called Battistelli the selectmen's "special little friend."

"It's up to the new-boy network now," said Tarr, a former selectman. "It used to be the old-boy network.

Please see **TARR**, Page A2

June 10, 2004 The Gloucester Daily Times

Case 1:04-cv-12091-NMG     Document 18-9     Filed 09/13/2005     Page 2 of 2

## TARR: Conservation Commission me

■ Continued from Page A1

Now it's the new-boy network," Selectmen Chairwoman Roxanne Tieri insisted Tarr's comments are not accurate. "Any person can say what they want to justify what they want to justify," she said.

Tieri said three separate issues are being raised: the demolition of the house at 11 Beach St., Tarr's conduct and the upcoming interview of Battistelli for reappointment to the Board of Appeals.

"They are not linked," Tieri said. "Each one has its own merits and demerits."

A selectmen's interview of Battistelli for reappointment to the Board of Appeals was postponed Tuesday due to an illness of Battistelli's. The interview has not yet been rescheduled.

Battistelli's possible reappointment comes as he faces criticism — from Tarr and others — for the demolition of the 11 Beach St. house. Only the house's northern sections and garage were permitted to be demolished under the property's order of conditions.

Battistelli has said he did not receive or read the order of conditions, and that the project engineer, Hancock Associates in Danvers, told him the entire house could come down.

Property owner Edward Delaney has since been fined $1,500 by the Conservation Commission for the incident.

Battistelli is also pitching a Chapter 40B affordable housing project at 229 Main St. The project would place 12 townhouse-style condominium units, three of which would qualify as affordable, on just over an acre of land. Selectman Jonathan Weaver's architectural firm, Rockport Design, is part of the project's coordination team.

Battistelli will not be getting preferential treatment from the board, Tieri said.

"We don't even know that we're going to reappoint (him)," she said.

The complaint against Tarr was brought to the selectmen by Beach Street resident Joan Kelley, who attended the May 19 Conservation Commission meeting.

Tarr said he and Kelley have clashed on the recent issue of t Beach restrooms an decision not to tear t Kelley has said th lectmen had nothing Beach restrooms iss May 19 meeting beca of 11 Beach St., she s

Tarr has said his re be "facetious."

"I frankly don't th propriate remarks everyone a little chu wrong with that."

Tarr also defende the neighbors of 11 B gry lawyer" to deal demolition.

Should the selectm would be the first p from a town committ or possibly in the tow "I don't think anybo moved)," said Cynth of the Sandy Bay Hi: resentatives in the s