**EXHIBIT H**

----- Original Message -----
From: italo cannone
To: soconnell@town.rockport.ma.us
Sent: Friday, June 11, 2004 6:06 PM
Subject: Message to Alan Mcmillan

Dear Alan,

    I'm Italo Cannone and first of all I want to send you my salutes and respect. I hope I can meet you as soon as possible in Rockport.

    I remember when you came to visit me in my home in Rockport complaining about Isabel's behaviour (your accuse was she was too much harsh towards people who didn't respect the Conservation laws) and I told you in defense of Isabel that with all her defects she was dedicated to her mission in an unselfish way. But it seems to me that you or some of your colleagues were much biased against her until she was forced to resign.

    I'm now surprised you are defending Frederick "Ted" Tarr's inhuman behaviour towards some of Rockport's residents. In the Gloucester Daily Times of June 9th there is your passionate defense of Frederick "Ted" Tarr, similar to that I made on behalf of Isabel when you accused her of a behaviour which wasn't surely so bad as the one Frederick "Ted" Tarr had with Alan Battistelli or with Joan Kelley and other people.

    I don't know if you know that Frederick "Ted" Tarr used against me a racist epithet ("go back to your fucking Country") just because I was distributing at a wrong distance a leaflet in front of the door to the room where the Town Meeting was being held last September. In that leaflet there were described all the reasons why people like Frederick "Ted " Tarr, who had for many years made a lot of mischief against the interest of the town, had to be put in the conditions of not harming the Rockport's taxpayers.

    I would have expected you would have kept a consistent behaviour in this case about the continuous incivility shown by Frederick "Ted" Tarr in many an occasions, not in the least comparable to what you deemed the unbearable behaviour of Isabel in the past.

    Ciao,

                    Italo Cannone