

RECEIVED JUN 14 2004 BOARD OF SELECTMEN TOWN OF ROCKPORT

Hi Roxanne,

First, Thanks very much for your participation last week at The Emerson Inn. I really appreciated your being there. It is a distinct honor of which I am very proud.

Second. The Ted Tarr incident. I wanted you to know that I too have been the recipient of some of Ted's vitriolic comments as Chairman of the Building Study Committee both at meetings at at open sessions.. What bothers me is this.

I don't care if Alan Battistelli was 100% right or 100% wrong or some where in between. No citizen should be subject to that kind of abuse at any public meeting. It is a discredit and a reflection of the Town and all of us that serve on various boards including your Board and it needs to be dealt with. I know that Ted's heart is probably in the right place, and I know he is passionate about Rockport, trees and old houses etc, but he should not be allowed to get away with this type of behavior without taking responsibilities for his actions. That he was trying to relax the tension of the meeting is in accurate as all he did was make it much worse causing other Board members to jump on his bandwagon.

I hope that The Board of Selectmen will not let this incident slip under the table and will have the courage to set an example of what is expected and what is not allowed by people who serve. I am glad you are not ignoring this issue and are dealing with it. However, after the hearings, the final decision will fall on your shoulders and the rest of the Board for resolution. No action is inappropriate. An example needs to be set. I say this knowing full well that Ted has served this town long and well for many years. It is your choice if he should continue.

Many Thanks,
Peter Beacham