**EXHIBIT J**

David and Georgia Gibbons
29 High Street
Rockport, MA 01966
June 18, 2004

RECEIVED JUN 18 2004 BOARD OF SELECTMEN TOWN OF ROCKPORT

Board of Selectmen
Town of Rockport
Broadway
Rockport, MA 01966

Dear Members of the Board,

We are writing in regard to the public hearing for Frederick "Ted" Tarr.

In the past two years we have been before the Rockport Conservation Commission on about eight different times in session, three or more times in the field and at judicial hearings in Boston. We are still in process with the Commission.

During this time, Mr. Tarr, has tried to throw us off our land, slandered my wife, openly said that the commission had no intention of voting for our project and that a site walk was a waste of time. We have heard back from fellow town residents that Tarr boasted about the state of our case. We sat through one late night session where his fellow commissioners gave a testimonial that approached a roast. We have witnessed instances of other cases where Mr. Tarr made inappropriate comments. These are on audiotapes of those meetings and are available for review.

During the recent re-appointment period we discussed with a number of the Selectmen the wisdom in re-appointing Mr. Tarr, yet he was re-appointed. Mrs. Kelly's letter does not surprise us, actually there should be more letters but those most affected are usually mid-process and dare not speak against a member of the commission.

Having been publicly ridiculed and humiliated by the process to date, we have had a first hand view of how town government can devolve into a petty posse where decisions are made by coup de tat and not by fact and fairness.

When municipalities fail to live up to their fiduciary and moral responsibilities of local governance, historically the state or the courts have to step in to correct or steward the situation. We are pleased to see that the Board is taking action and hope that your diligence will create some accountability for the commission and it's members.

Thank you

