**EXHIBIT L**

BOARD OF SELECTMEN
June 22, 2004 – Executive Session

7:01 Selectman Barletta moved, Selectman Wile seconded and it was voted on a roll call vote to go into Executive Session with four Selectmen (Selectman Weaver absent) and the Town Administrator, under MGL Ch39 §23B for reason #2, to consider the discipline or dismissal of, or hear complaints or charges brought against a public officer, employee, staff member or individual; for reason #3, to discuss strategy with respect to collective bargaining or litigation and to conduct strategy sessions in preparation for negotiations with non-union personnel and return to Public Session at approximately 7:40 PM. Vote 4-0.

7:45 Selectman Barletta moved, Selectman Clark seconded and it was voted on a roll call vote to go out of Executive Session and back into Public Session. Vote 4-0.

EXHIBIT L