**EXHIBIT M**

CHARLES H. CLARK
JONATHAN T. WEAVER

ROXANNE F. TIERI, CHAIRMAN

JOANNE N. WILE
NICOLA A. BARLETTA



BOARD OF SELECTMEN

Town of Rockport
INCORPORATED
FEB. 27
MASSACHUSETTS 01966-1537

TOWN OFFICE BUILDING
34 BROADWAY

PHONE (978) 546-6786
FAX (978) 546-2881

MICHAEL J. RACICOT
*TOWN ADMINISTRATOR*

June 30, 2004

Mr. Frederick H. Tarr III
107 Marmion Way
Rockport, MA  01966

RE: EXECUTIVE SESSION MEETING

Dear Mr. Tarr:

This letter is to advise you that the Board of Selectmen will be voting to go into an executive session meeting on July 6, 2004 at approximately 7:10 PM, under MGL Ch39, sect.23B, for the following reasons: to consider your removal for cause, as allowed under MGL Ch40, sect.8C. It has been reported that you, acting in your public capacity as a member of the Conservation Commission, have shown an ongoing pattern of mean-spirited, rude, disrespectful and inappropriate comments to attendees and applicants at public meetings. Further, that this sort of behavior has occurred on multiple occasions and exhibits a pattern of inappropriate action on the part of a public official. Examples of this type of behavior include, but are not limited to:

- May 19th Conservation Commission Meeting – comments to "Bring back the death penalty." Witnessed by Chairman of Board of Selectmen and reported in newspaper.
- ➢ May 26th – Letter from Joan Kelley regarding conduct at May 19th meeting.
- ➢ June 7th - Moderator notice to Town Administrator of concerns from Chairman of Community Preservation Committee regarding Tarr's outburst during CPC public meeting. Discussion with Ms. Fleming over incident.
- ➢ June 10th Newspaper article – Tarr publicly accusing BOS of being "vengeful" and having a "special little friend" in ZBA appointee
- ➢ June 11th Cannone e-mail to Alan MacMillan – Complaining of Tarr slurs against legal aliens at 2003 Fall Town Meeting.
- ➢ June 14th Beacham e-mail to BOS Chair – complaints of vitriolic comments directed at individuals during Building Study meetings. (3/3/04)
- ➢ June 18th Gibbons letter citing rude, unprofessional behavior to applicants before Commission.

Please be advised that you have the right to be present at the executive session during the discussion and considerations. You have right to have counsel or a representative of your choice present for the purpose of advising you, but not for active participation, and you hav the right to speak on your own behalf. You may also elect to have this meeting held as an open public hearing if you so desire. If you wish public hearing to be open, please contact this office as soon as possible.

If you have any questions or wish to discuss the complaints further please contact me.

Sincerely,

Michael J. Racicot
Town Administrator

Cc    Board of Selectmen
       Town Counsel

Enc.