

EXHIBIT N

*TOWN OF* *ROCKPORT*

## OFFICE OF THE TOWN ADMINISTRATOR
TOWN OFFICE BUILDING, 34 BROADWAY, ROCKPORT, MA 01966-1537

MICHAEL J. RACICOT
TOWN ADMINISTRATOR

MRACICOT@Town.rockport.ma.us

PHONE (978) 546-5183
FAX (978) 546-2881

### MEMORANDUM

**Date:** July 2, 2004

**To:** Board of Selectmen

**From:** Michael J. Racicot

**RE:** Tarr Removal from Conservation Commission

---

One of the responsibilities under the Town Administrator's Position Description, adopted by the Board in July 2002, states, under section II – Personnel #5. "The Town Administrator shall recommend for appointment or removal by the Board of Selectmen all department heads, members or boards and ommissions and employees for which the Board of Selectmen is the appointing authority."

A.i of us, elected officials, volunteers and staff alike, serve the public. That is our core function as members of the local government for the Town of Rockport. In all of our actions and decisions that is what should be paramount in our minds. We serve the public. Sometimes, when emotions run high and issues are not clear, we all forget that mantra. But in the end, we serve the public. I believe implicitly in this and have consistently made it policy for all of the staff.

Rockport is lucky to have many talented and dedicated people in this community, who give selflessly of their time and talent to make Rockport a better community. I salute them all and value their dedication. We each have a part in this government and need to remember why we are here: we serve the public. The vast majority of town officials treat each other and the people who come before them with respect and civility. That is exactly how it should be. Occasionally, one of the officials may, in the heat of a debate or dispute, say or do something that may be considered rude or uncalled for. Most of the time, people immediately regret their actions and very often will apologize.

When faced with a staff member who showed a pattern of rudeness to the people who came in, the Board addressed it through discipline. It is very important to show that disrespect and rudeness are not tolerated in this government; will not be tolerated. This is why we are here tonight, to address a commission member who, on many occasions, has shown a pattern of rude and offensive action to the very public he was appointed to serve. No one can deny his knowledge of the environment and his passion for nature, but when you serve the public you hold a special trust, and must show respect to those you serve.

e are not here because of one isolated act or statement, we are here because this person has demonstrated in multiple instances that he does not have respect for the public or fellow officials; on the contrary, he has shown disdain and contempt for others who voice other opinions. He has sworn at people, he has threatened violence and advocated for adversarial legal action, all while acting in an official capacity as an appointed public official. Everyone says, "Oh, that is just Ted Tarr" and over the