**EXHIBIT O**

**ECOSYS CONSULTING**
LAND USE AND ECOLOGICAL EVALUATION

FREDERICK H. TARR III
CONSULTANT · REPRESENTATIVE
107 MARMION WAY
ROCKPORT, MA 01966-1927
978-546-5139



RECEIVED JUL - 6 2004 BOARD OF SELECTMEN TOWN OF ROCKPORT

Chairman
Board of Selectmen
Rockport, Ma.

Madam Chair:

I hereby request that my hearing be public, and that the public be permitted to participate.

Yours truly,

Frederick H. Tarr III