BOARD OF SELECTMEN
July 6, 2004 – Executive Session

<u>6:35</u> Selectman Barletta moved, Selectman Wile seconded and it was voted on a roll call vote to go into Executive Session with all five Selectmen (Selectman Weaver left Executive Session at 7:05) and the Town Administrator, under MGL Ch39 §23B for reason #2, to consider the discipline or dismissal of, or hear complaints or charges brought against a public officer, employee, staff member or individual; for reason #3, to discuss strategy with respect to litigation and for reason #6, to consider the purchase, exchange, taking, lease or value of real property. Vote 5-0.

Frederick H. Tarr:
The Town Administrator explained the Mr. Tarr had requested a public hearing in a letter received by the Board on July 6, 2004.

<u>7:10</u> Selectman Barletta moved, Selectman Clark seconded and it was voted on a roll call vote to go out of Executive Session and return to Public Session. Vote 4-0. Selectman Weaver absent.