UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12091-N G

FREDERICK H. TARR, III,
Plaintiff

v.

TOWN OF ROCKPORT, MICHAEL RACICOT, NICOLA BARLETTA, CHARLES CLARK, ROXANNE TIERI and JOANNE WILE,
Defendant

# AFFIDAVIT OF MICHAEL J. RACICOT TOWN ADMINISTRATOR OF THE TOWN OF ROCKPORT

I, Michael J. Racicot, state and aver under oath that the following facts are true to best of my personal knowledge and belief:

1. My name is Michael J. Racicot. I reside at 30 Hayes Avenue, Beverly, MA 019 I am an employee of the Town of Rockport, Massachusetts, my position or titl Town Administrator. My office address is Town Office Building, 34 Broadw Rockport, Massachusetts. At all material times, I am the Keeper of Records for Board of Selectmen of the Town of Rockport, Massachusetts ("Board").

2. The attached Exhibit A is an attested copy of the Rockport Town Administrat Position Description, including job responsibilities approved July 30, 2002 and effect at all material times.

3. The Board did not at any time violate the so-called Open Meeting Law, M.G.L. c. §23B in regards to the removal of Frederick H. Tarr III for cause from the Rockp

Conservation Commission.

4. I did not, at any time, refuse, deny or fail to comply with any request by Frederic[illegible] Tarr III to inspect any public records (including, but not limited to, letters or e-[illegible] containing complaints against Mr. Tarr) in regards to the removal of Frederick H. [illegible] III for cause from the Rockport Conservation Commission.

5. No staff employee in my office at any time refused, denied or failed to comply [illegible] any request by Frederick H. Tarr III to inspect any public records (including, but [illegible] limited to, letters or e-mail containing complaints against Mr. Tarr) in regards to [illegible] removal of Frederick H. Tarr III for cause from the Rockport Conserva[illegible] Commission.

6. I did not receive any notice, order or communication from the Essex County Dist[illegible] Attorney, the Supervisor of Records, or the Attorney General of the Commonwe[illegible] of Massachusetts that Frederick H. Tarr III alleged or complained that the Bo[illegible] violated the so-called Open Meeting Law or that I or any staff employee in my of[illegible] refused, denied or failed to comply with a request to inspect public records [illegible] Frederick H. Tarr III in regards to the removal of Mr. Tarr from the Rock[illegible] Conservation Commission.

Signed under the pains and penalties of perjury this 26 day of September 20[illegible]

Michael J. Racicot
Town Administrator and
Keeper of Records of the Town of Rock[illegible]
Board of Selectmen

**CERTIFICATE OF SERVICE**

I hereby certify that the Defendants' Supplemental Memorandum in Support of Defenda ' Motion for Partial Judgment on the Pleadings Regarding Certiorari Review under F.R.C.P. I e 12(c) and Affidavit of Michael J. Racicot Town Administrator of the Town of Rockport were ser l upon John L. Hamilton, Esquire, 10 Lee Park, South Hamilton, MA 01982 and Philip D. Mo , Esquire, Philip D. Moran, P.C., 265 Essex Street, Suite 202, Salem, MA 01970 attorneys for e plaintiff/opposing party by mailing a copy of same, postage prepaid and via first class mail.

Date: Sept. 28 2005

Gerald F. Blair