

# POSITION DESCRIPTION
## TOWN ADMINISTRATOR
### TOWN OF ROCKPORT

*A TRUE COPY ATTEST:*
*Frederick Frithsen*
*Town Clerk*

The Town Administrator, under the direction of the Board of Selectmen, shall provide day to day administrative coordination and direction to department heads under the jurisdiction of the Board of Selectmen, and shall work in an advisory capacity with all boards, committees and commissions that report to the Selectmen. The Administrator serves as the Selectmen's liaison to other Town departments and boards (including the DPW Commission and the School Committee), coordinates activities involving more than one department, and follows up with departments on issues requested by the Selectmen.

## JOB RESPONSIBILITIES

**I – ADMINISTRATIVE:**

1. The Town Administrator shall supervise, direct and be responsible for the Office of the Board of Selectmen, other departments under the control of the Board of Selectmen, and shall establish an effective working relationship with all Town boards, departments, commissions and committees.

2. The Town Administrator shall communicate the Selectmen's policies to departments and personnel under the control of the Selectmen and ensure that decisions of the Board are carried out.

3. Department heads and other employees under the jurisdiction of the Board of Selectmen report to the Board through the Town Administrator.

4. The Town Administrator shall:

    (a) receive and make appropriate disposition of all correspondence and communications, including citizen inquiries, and shall hear and investigate citizen complaints, coordinate appropriate action with department heads, and report to the Board of Selectmen.

    (b) administer procedures for licenses and permits issued by the Board of Selectmen.

    (c) ensure that all ongoing projects and programs are effectively coordinated and that communications are maintained among officials, employees and contractors. He or she shall report any problems encountered to the Selectmen.

(d) function as Town Coordinator for handicapped issues. He or she shall ensure compliance with the Americans with Disabilities Act, and other federal, state and local laws regarding handicapped access to Town buildings and property.

(e) act as liaison to public utility companies.

(f) coordinate with the Insurance Committee to oversee insurance policies and select workers compensation, property, and liability policies for the Town.

(g) perform such other tasks as may be assigned by the Board of Selectmen.

5. The Town Administrator shall make procedural and substantive preparation for meetings of the Selectmen, and shall anticipate the needs of the Selectmen for information and background material for setting policy and making decisions.

6. The Town Administrator in consultation with the Chairman shall prepare the agenda for meetings of the Board of Selectmen, bringing before the Board all matters requiring its attention, and shall prepare and discuss recommendations and alternatives for decision-making. This may include making recommendations to assist the Board in formatting policies and objectives.

7. The Town Administrator shall be responsible for creating and maintaining an annual calendar of significant Town events.

8. The Town Administrator shall attend all Selectmen's meetings, but may be excluded from executive sessions at the discretion of the Board of Selectmen.

9. The Town Administrator shall inform the Selectmen, boards, and committees of relevant statutory and regulatory changes.

10. The Town Administrator works with the Board of Selectmen to develop long-range goals and objectives for the Town. He or she shall keep the Board fully informed on the long-range needs of the Town.

11. The Town Administrator shall work with other Town boards and committees in an advisory capacity. He or she shall also report on Town projects and work with regional and state agencies on projects involving the Town.

12. The Town Administrator shall prepare certain materials necessary for Town Meetings and be responsible for the timely posting of Town Meeting Warrants.

13. The Town Administrator shall prepare applications for grants, administer grants, work with state and private officials on projects, and report on projects to Board of Selectmen.

14. The Town Administrator may be appointed to or serve, with the approval o  ie Board of Selectmen, on other town, county, or state boards or committees.

15. The Town Administrator or his or her designee shall attend professional mee  ;s and keep informed of developments in municipal government, making approp  e reports to the Board of Selectmen. He or she shall work with federal, state, and   :r local officials in the best interests of the Town.

16. The Town Administrator shall assist the Selectmen with contracted serv  ;, preparing bid specifications, analyzing bids, and administering contracts. He or she    l monitor the work of contractors and consultants.

17. The Town Administrator shall coordinate the preparation of the Annual Town Re   t under the direction of the Board of Selectmen.

II – PERSONNEL:

1. The Town Administrator shall provide administrative support to the Personnel Bc  l and serve as its advisor; the Town Administrator shall be responsible for mal  ; recommendations to the Personnel Board concerning the adoption of, and complia  : with:

   (a) Personnel Board Rules and Regulations
   (b) Administrative procedures of the Personnel Board
   (c) Classification and Salary Schedules, and
   (d) Applicable federal and/or state law.

2. The Town Administrator shall also be responsible for the development   maintenance of both a centralized personnel record-keeping system, and an outrea recruitment, and placement program, established and approved by the Personnel Board

3. The Town Administrator shall advise the Personnel Board on non-union emplo; grievances and other disciplinary matters. Serves as a negotiator, and coordinates collective bargaining process. He or she shall also assist department heads in administration of collective bargaining agreements.

4. The Town Administrator shall coordinate or conduct the interviewing and referer checks of applicants for senior administrative positions under the Board of Selectm He or she, under the direction of the Board of Selectmen, will implement and coordin the annual performance evaluation and goal setting process for all administrative st and department heads reporting to the Selectmen.

5. The Town Administrator shall recommend for appointment or removal by the Boa of Selectmen all department heads, members or boards and commissions a employees for which the Board of Selectmen is the appointing authority.

6. The Town Administrator shall prepare and update the Town's Affirmative Action Plan, act as the Town's Affirmative Action Officer, and ensure compliance [with] federal and state laws and regulations relating to affirmative action.

## III – FINANCIAL:

1. The Town Administrator shall work with the Town Accountant and the Finance Committee on behalf of the Board of Selectmen, and shall be responsible, with the Town Accountant, for coordinating the annual operating and capital budget preparation for [all] departments, including the Department of Public Works and the School Committee. [He] or she shall provide assistance to the Finance Committee in preparing its report to Town Meeting. He or she shall also monitor departmental budget expenditures and the Town's general financial status during the year and report periodically to the Board of Selectmen. He or she, with the Town Accountant, shall serve as the Selectmen's representative [to] the Finance Committee.

2. The Town Administrator shall develop the operating and capital budget requests [of the] Selectmen's office.

3. The Town Administrator shall serve as the Town's Chief Procurement Officer under G.L. c. 30B. He or she shall prepare certain requests for proposals and bid specifications, oversee bidding processes, and coordinate purchasing for departments under [the] Selectmen's jurisdiction.

## IV – LEGAL:

1. The Town Administrator shall ensure department heads and committees implement the requirements of federal, state and local laws, by-laws, rules and regulations [and] approved policies of the Town. He or she shall also coordinate the access to Town Counsel by appointed officials and committees for legal advice.

2. The Town Administrator shall work with the Town Counsel to prepare and review warrant articles and motions for Town Meetings. When requested by the Board [of] Selectmen, he or she shall conduct research on warrant articles. The Town Administrator shall attend all regular and special Town meetings and provide information to Selectmen, Town Counsel, and others as necessary.

3. The Town Administrator shall stay informed and convey the status of Town legal issues to interested boards and committees.

4. The Town Administrator shall maintain direct contact with the Town Counsel, and assist when necessary in legal matters when so directed by the Board of Selectmen.

RECOMMENDED MINIMUM QUALIFICATIONS

I – REQUIRED SKILLS:

1. The Town Administrator must have a high level of professionalism, characterize[d] sound judgment, the ability to maintain strict confidentiality, and to be flexi[ble], accessible, and responsive to the Board of Selectmen, other Town personnel, committ[ees], and the general public.

2. The Town Administrator must have excellent supervisory, organizational, verbal, [and] written communication skills.

3. The Town Administrator must be knowledgeable and proficient in current comp[uter] technology.

4. The Town Administrator must be knowledgeable and have experience in gr[ant] procurement and administration.

5. The Town Administrator must have knowledge of municipal finance, budg[et], personnel policies and practices, collective bargaining, and of state and federal agenc[ies] that deal with municipal government.

6. The Town Administrator must be informed about pertinent state and federal laws a[nd] Town Bylaws.

7. The Town Administrator must be able to analyze administrative problems and ma[ke] sound recommendations for their resolution.

8. The Town Administrator must be able to implement policy decisions and to mainta[in] good working relationships.

II – EDUCATION AND EXPERIENCE:

1. A minimum of a Bachelor's Degree in Public or Business Administration or oth[er] related field is required. A Master's Degree in Public or Business Administration [is] preferred. Plus five years experience in a responsible administrative or superviso[ry] capacity within the public sector is required, of which a minimum of three years [in] Massachusetts municipal government is preferred. This experience should be of a natu[re] showing successful work history in the areas covered in this job description.

III – RESIDENCY:

1. Local residency is desirable, but is not required.

Approved by the BOS on: _July 30, 2002_  Signed: _[signature]_