UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * *   *
FREDERICK H. TARR, III,         *
         Plaintiff              *
                                *
VS.                             *   Civil Action NO. 04-12091-NMG
                                *
TOWN OF ROCKPORT, MICHAEL       *
RACICOT, NICOLA BARLETTA,       *
CHARLES CLARK, ROXANNE TIERI    *
and JOANNE WILE,                *
         Defendants             *
* * * * * * * * * *   *
```

**DEFENDANTS' CERTIFICATION UNDER LOCAL RULE 16.4**

The Defendants' counsel, Gerald F. Blair and Defendants', by the Town Administrator Michael J. Racicot have conferred regarding the budget for the costs of litigation and alternative dispute resolution a outlined in Local Rule 16.4.

_____
Gerald F. Blair
The Law Offices of Gerald F. Blair
One Foxhill Drive, Suite 110
Walpole, MA 02081-4406
Tel (508) 660-9599 Fax (508) 660-9555
B.B.O. #04476

_____
Michael J. Racicot
Rockport Town Administrator

September 21, 2005