UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Docket No. 04-12091-NMG

**FREDERICK H. TARR, III**
    **Plaintiff**

v.

**TOWN OF ROCKPORT, MICHAEL RACICOT, NICOLA BARLETTA, CHARLES CLARK, ROXANNE TIERI and JOANNE WILE**
    **Defendants**

### CERTIFICATE OF PLAINTIFF'S COUNSEL WITH REPECT TO LOCAL RULE 16.4

Now comes Philip D. Moran, Esq., Counsel for Plaintiff Frederick H. Tarr, III, and certifies to this Honorable Court that he has met with Mr. Tarr and discussed the terms of Local Rule 16.4 concerning Alternative Dispute Resolution, including settlement and other alternative dispute resolution programs outlined in said Rule.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF NOVEMBER, 2005.

_____
PHILIP D. MORAN, ESQ.

I, Frederick H. Tarr, III, agree that I have been advised by Philip D. Moran, Esq., my attorney, of the alternative dispute resolution programs set forth in Rule 16.4 of the Local Rules of this Court and have been provided a copy of same by Attorney Moran.

_____
FREDERICK H. TARR, III