UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Frederick H. Tarr, III,**

    **Plaintiff**                                    CA04-12091-NMG

    **v.**

**Town of Rockport, et al.,**
    **Defendant**

ORDER OF REMAND
November 23, 2005

In accordance with the Memorandum and Order of 11/22/05, this matter is remanded to the Superior Court of the Commonwealth of Massachusetts, County of Essex.

    /s/ Nathaniel M. Gorton

    Nathaniel M. Gorton
    United States District Judge